APPENDIX A

CLAIM PHRASES CONTAINING "BIAS" WITH EACH PARTIES' PROPOSED CONSTRUCTIONS SUBSTITUTED THEREIN

| CamelBak's Proposed Construction Substituted Into the Claim Phrases Containing "bias" | Zak's Proposed Construction Substituted Into the Claim Phrases Containing "bias" |
|---|---|
| **'028 Claim 1 (I):**<br>wherein the mouthpiece assembly is configured to be selectively configured between a dispensing configuration, in which the liquid passage permits drink liquid to flow from the internal compartment at least into the liquid passage, and a stowed configuration, in which the liquid passage restricts the flow of drink liquid through the liquid passage, wherein the mouthpiece assembly ~~is biased~~ tends to return to the dispensing configuration absent an external force | **'028 Claim 1 (I):**<br>wherein the mouthpiece assembly is configured to be selectively configured between a dispensing configuration, in which the liquid passage permits drink liquid to flow from the internal compartment at least into the liquid passage, and a stowed configuration, in which the liquid passage restricts the flow of drink liquid through the liquid passage, wherein the mouthpiece assembly ~~is biased~~ is pushed, or force is exerted on, in a particular direction to the dispensing configuration |
| **'028 Claim 21 (I):**<br>a mouthpiece assembly that extends through the through-passage of the base and defines a liquid passage, wherein the mouthpiece assembly has a dispensing configuration and a stowed configuration, wherein the mouthpiece assembly ~~is biased~~ tends to return to the dispensing configuration absent an external force | **'028 Claim 21 (I):**<br>a mouthpiece assembly that extends through the through-passage of the base and defines a liquid passage, wherein the mouthpiece assembly has a dispensing configuration and a stowed configuration, wherein the mouthpiece assembly ~~is biased~~ is pushed, or force is exerted on, in a particular direction to the dispensing configuration |

1

| CamelBak's Proposed Construction Substituted Into the Claim Phrases Containing "bias" | Zak's Proposed Construction Substituted Into the Claim Phrases Containing "bias" |
|---|---|
| **'595 Claim 14 (I):**<br>wherein the mouthpiece assembly is configured to be selectively configured between a dispensing configuration, in which the liquid passage permits drink liquid to flow from the internal compartment at least into the liquid passage, and a stowed configuration, in which drink liquid is restricted from being dispensed from the liquid container through the liquid passage; wherein the mouthpiece assembly ~~is biased~~ <u>tends to return</u> to the dispensing configuration <u>absent an external force</u>; | **'595 Claim 14 (I):**<br>wherein the mouthpiece assembly is configured to be selectively configured between a dispensing configuration, in which the liquid passage permits drink liquid to flow from the internal compartment at least into the liquid passage, and a stowed configuration, in which drink liquid is restricted from being dispensed from the liquid container through the liquid passage; wherein the mouthpiece assembly ~~is biased~~ <u>is pushed, or force is exerted on, in a particular direction</u> to the dispensing configuration; |
| **'595 Claim 26 (I):**<br>wherein the mouthpiece assembly is configured to be selectively configured between a dispensing configuration, in which the liquid passage permits drink liquid to flow from the internal compartment at least into the liquid passage, and a stowed configuration, in which drink liquid is restricted from being dispensed from the liquid container through the liquid passage; wherein the mouthpiece assembly ~~is biased~~ <u>tends to return</u> to the dispensing configuration <u>absent an external force</u> | **'595 Claim 26 (I):**<br>wherein the mouthpiece assembly is configured to be selectively configured between a dispensing configuration, in which the liquid passage permits drink liquid to flow from the internal compartment at least into the liquid passage, and a stowed configuration, in which drink liquid is restricted from being dispensed from the liquid container through the liquid passage; wherein the mouthpiece assembly ~~is biased~~ <u>is pushed, or force is exerted on, in a particular direction</u> to the dispensing configuration |
| **'879 Claim 1 (I):**<br>wherein the mouthpiece assembly ~~is biased~~ <u>tends to return</u> to the dispensing configuration <u>absent an external force</u> | **'879 Claim 1 (I):**<br>wherein the mouthpiece assembly ~~is biased~~ <u>is pushed, or force is exerted on, in a particular direction</u> to the dispensing configuration |

| CamelBak's Proposed Construction Substituted Into the Claim Phrases Containing "bias" | Zak's Proposed Construction Substituted Into the Claim Phrases Containing "bias" |
|---|---|
| **'833 Claim 1 (I):**<br>wherein the mouthpiece assembly ~~is biased~~ tends to return to the dispensing configuration absent an external force | **'833 Claim 1 (I):**<br>wherein the mouthpiece assembly ~~is biased~~ is pushed, or force is exerted on, in a particular direction to the dispensing configuration |
| **'028 Claim 7 (D):**<br>wherein the mouthpiece portion includes a bite-actuated mouthpiece and the outlet is a sealable outlet, wherein the bite-actuated mouthpiece is selectively configured between an open configuration, in which the sealable outlet is open and permits drink liquid to flow therethrough, and a closed configuration, in which the sealable outlet restricts drink liquid from flowing therethrough, wherein the bite-actuated mouthpiece ~~is biased~~ tends to return to the closed configuration absent an external force, and further wherein the bite-actuated mouthpiece is selectively configured from the closed configuration to the open configuration responsive to a user biting upon opposed sidewalls of the bite-actuated mouthpiece | **'028 Claim 7 (D):**<br>wherein the mouthpiece portion includes a bite-actuated mouthpiece and the outlet is a sealable outlet, wherein the bite-actuated mouthpiece is selectively configured between an open configuration, in which the sealable outlet is open and permits drink liquid to flow therethrough, and a closed configuration, in which the sealable outlet restricts drink liquid from flowing therethrough, wherein the bite-actuated mouthpiece ~~is biased~~ is pushed, or force is exerted on, in a particular direction to the closed configuration, and further wherein the bite-actuated mouthpiece is selectively configured from the closed configuration to the open configuration responsive to a user biting upon opposed sidewalls of the bite-actuated mouthpiece |
| **'028 Claim 5 (D):**<br>The drink container of claim 1, wherein the crimping region at least partially ~~biases~~ tends to return the mouthpiece assembly to the dispensing configuration absent an external force. | **'028 Claim 5 (D):**<br>The drink container of claim 1, wherein the crimping region at least partially ~~biases~~ pushes or exerts force in a particular direction the mouthpiece assembly to the dispensing configuration. |

| CamelBak's Proposed Construction Substituted Into the Claim Phrases Containing "bias" | Zak's Proposed Construction Substituted Into the Claim Phrases Containing "bias" |
|---|---|
| **'595 Claim 14 (I):** <br> wherein the crimping region includes opposing walls that are in contact with each other to seal the liquid passage within the crimping region when the mouthpiece assembly is in the stowed configuration; and wherein the crimping region at least partially ~~biases~~ <u>tends to return</u> the mouthpiece assembly to the dispensing configuration <u>absent an external force</u> | **'595 Claim 14 (I):** <br> wherein the crimping region includes opposing walls that are in contact with each other to seal the liquid passage within the crimping region when the mouthpiece assembly is in the stowed configuration; and wherein the crimping region at least partially ~~biases~~ <u>pushes or exerts force in a particular direction</u> the mouthpiece assembly to the dispensing configuration |
| **'595 Claim 26 (I):** <br> wherein the tube portion includes a crimping region constructed of the resiliently deformable material and adapted to restrict the flow of drink liquid through the liquid passage when the mouthpiece assembly is in the stowed configuration; and wherein the crimping region at least partially ~~biases~~ <u>tends to return</u> the mouthpiece assembly to the dispensing configuration <u>absent an external force</u> | **'595 Claim 26 (I):** <br> wherein the tube portion includes a crimping region constructed of the resiliently deformable material and adapted to restrict the flow of drink liquid through the liquid passage when the mouthpiece assembly is in the stowed configuration; and wherein the crimping region at least partially ~~biases~~ <u>pushes or exerts force in a particular direction</u> the mouthpiece assembly to the dispensing configuration |
| **'879 Claim 17 (D):** <br> the drink container of claim 1, wherein the crimping region at least partially ~~biases~~ <u>tends to return</u> the mouthpiece assembly to the dispensing configuration <u>absent an external force</u> | **'879 Claim 17 (D):** <br> the drink container of claim 1, wherein the crimping region at least partially ~~biases~~ <u>pushes or exerts force in a particular direction</u> the mouthpiece assembly to the dispensing configuration |
| **'833 Claim 1 (I):** <br> wherein the crimping region at least partially ~~biases~~ <u>tends to return</u> the mouthpiece assembly to the dispensing configuration <u>absent an external force</u> | **'833 Claim 1 (I):** <br> wherein the crimping region at least partially ~~biases~~ <u>pushes or exerts force in a particular direction</u> the mouthpiece assembly to the dispensing configuration |

| CamelBak's Proposed Construction Substituted Into the Claim Phrases Containing "bias" | Zak's Proposed Construction Substituted Into the Claim Phrases Containing "bias" |
|---|---|
| **'595 Claim 14 (I):**<br>wherein the user release mechanism includes a sliding member with a user engagement pad; wherein the user release mechanism ~~is biased to urge~~ <u>tends to return</u> the sliding member away from a position where the sliding member disengages the first and second catch structures <u>absent an external force</u> | **'595 Claim 14 (I):**<br>wherein the user release mechanism includes a sliding member with a user engagement pad; wherein the user release mechanism ~~is biased~~ <u>is pushed, or force is exerted on, in a particular direction</u> to urge the sliding member away from a position where the sliding member disengages the first and second catch structures |
| **'595 Claim 26 (I):**<br>wherein the user release mechanism ~~is biased to urge~~ <u>tends to return</u> the sliding member away from a position where the sliding member disengages the first and second catch structures <u>absent an external force</u> | **'595 Claim 26 (I):**<br>wherein the user release mechanism ~~is biased~~ <u>is pushed, or force is exerted on, in a particular direction</u> to urge the sliding member away from a position where the sliding member disengages the first and second catch structures |
| **'879 Claim 1 (I):**<br>wherein the user release mechanism ~~is biased to urge~~ <u>tends to return</u> the sliding member away from a position where the sliding member disengages the first and second catch structures <u>absent an external force</u> | **'879 Claim 1 (I):**<br>wherein the user release mechanism ~~is biased~~ <u>is pushed, or force is exerted on, in a particular direction</u> to urge the sliding member away from a position where the sliding member disengages the first and second catch structures |
| **'833 Claim 1 (I):**<br>wherein the sliding member ~~is biased away~~ <u>tends to return</u> from a position in which the sliding member releases the mouthpiece assembly to move from the stowed configuration to the dispensing configuration <u>absent an external force</u> | **'833 Claim 1 (I):**<br>wherein the sliding member ~~is biased~~ <u>is pushed, or force is exerted on, in a particular direction</u> away from a position in which the sliding member releases the mouthpiece assembly to move from the stowed configuration to the dispensing configuration |